UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 19-06931-JJG-13 |
| ) | |
| Vanessa Dale Brown ) | Chapter 13 |
| aka: Vanessa Dale Robertson ) | |
| ) | |
| Debtor. ) | Judge Jeffrey J. Graham |

## MOTION FOR RELIEF FROM CO-DEBTOR STAY
## AND NOTICE OF OBJECTION DEADLINE

Now comes, Ally Bank, by and through its counsel, and moves pursuant to 11 USC §1301 for the entry of an order modifying the Codebtor Stay with respect to the Property known as 2017 Ford F350 Crew Cab Lariat 4WD DRW 6.7L V8 T-Diesel with a vehicle identification number of 1FT8W3DT3HEE62428 ("Property"). In support thereof, Movant states as follows:

1. On September 17, 2019, Vanessa Dale Brown ("Debtor") filed for relief under Chapter 13 of the Bankruptcy Code.

2. Movant is the holder of a secured claim with an outstanding secured amount as of, April 04, 2022, of $48,867.91. The claim is secured by the Property known as 2017 Ford F350 Crew Cab Lariat 4WD DRW 6.7L V8 T-Diesel with a vehicle identification number of 1FT8W3DT3HEE62428 ("Property"). Attached hereto is a copy of the Retail Installment Sales Contract and the Evidence of Title (Exhibits A and B respectively).

3. The value of the property is $62,325.00 per the attached NADA Official Used Car Guide (Exhibit C).

4. Debtor and Codebtor have failed to continue their monthly post-petition payments to the Movant and is currently due for the September 14, 2021, installment in the amount of $1,168.50 and from October, 2021 through March, 2022, installments in the amount of $1,175.65 each, for a total default of $8,222.40. (Exhibit D).

5. As a result of the foregoing, Debtor is failing to provide Movant with adequate protection of its security interest in the Property.

6. Tomeca Sparks, a non-filing Codebtor, is currently protected by the Codebtor Stay.

7. Accordingly, cause exists to modify the Codebtor stay with respect to the Property and waive the Federal Rule of Bankruptcy Procedure 4001(a)(3) fourteen day stay.

NOTICE: **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to enter an order lifting the co-debtor stay, or if you want the court to

consider your views on the motion, then on or before April 21, 2022 (**14 days** from the date of service), you or your attorney must file with the court a written objection explaining your position.

Those not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

United States Bankruptcy Court, Room 116, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, IN 46204

If you mail your objection to the court, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy of your objection to:

C. Wesley Pagles
Keith D. Weiner and Associates
1100 Superior Ave. Suite 1100
Cleveland, OHIO 44114
Attorney for Ally Bank

Vanessa Dale Brown
8345 Wanda Lake Dr.
Camby, IN 46113

Tomeca Sparks
8345 Wanda Lake Drive
Camby, IN 46113

David P. Murphy
504 W Main St
Greenfield, IN 46140
Attorney for Debtor(s)

Ann M. DeLaney
PO Box 441285
Indianapolis, IN 46244
Chapter 13 Trustee

U.S. Trustee
46 E Ohio Street
Room 520
Indianapolis, IN 46204
Office of the US Trustee

If you or your attorney do not take these steps, the court may decide that you do not oppose an order lifting the co-debtor stay.

WHEREFORE, the Movant moves the Court to enter an order lifting the co-debtor stay and granting such other relief as appropriate.

Respectfully Submitted,

<u>/s/ C. Wesley Pagles</u>
C. Wesley Pagles
Keith D. Weiner and Associates
1100 Superior Ave. Suite 1100
Cleveland, OHIO 44114
Phone: (216) 771-6500
bankruptcy@weinerlaw.com
Attorney for Ally Bank

## CERTIFICATE OF SERVICE

I certify that on April 07, 2022, a copy of the foregoing Motion for Relief from the Co-Debtor Stay was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

David P. Murphy , Debtor's Counsel, DPMurphy504@outlook.com

Ann M. DeLaney, Chapter 13 Trustee, ECFdelaney@trustee13.com

Office of the US Trustee, ustpregion10.in.ecf@usdoj.gov

I further certify that on April 07, 2022, a copy of the foregoing Motion for Relief from the Co- Debtor Stay was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Vanessa Dale Brown, 8345 Wanda Lake Dr., Camby, IN 46113

Tomeca Sparks, 8345 Wanda Lake Drive, Camby, IN 46113

/s/ Gloria Yeager
Gloria Yeager