UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re: )
)
VANESSA DALE BROWN, ) Case No. 19-06931-JJG-13
          Debtor(s). )

**DEBTOR'S NOTICE OF CHANGE OF ADDRESS**

Comes now Debtor Vanessa Dale Brown, and serves Notice of a Change of Address to 8333 Wanda lake Drive, Camby, Indiana, 46113.

*Vanessa Dale Brown*

Vanessa Dale Brown

Respectfully submitted,
DAVID P. MURPHY & ASSOCIATES, P.C.

By:/s/ David P. Murphy, 9388-30
          Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Ann Delaney, Trustee
ecfdelaney@trustee13.com

United States Trustee
ustpregion10.in.ecf@usdoj.gov

Gregory H. Coleman
colemanlawoffice@gmail.com

Harley K. Means
Counsel for Ford Motor Credit Company, LLC
hmeans@kgrlaw.com

Alan W. McEwan
Counsel for U.S. Bank National Association
bankruptcy@doylefoutty.com

Doug Deglopper
Counsel for Marion County Treasurer
ddeglopper@aol.com

Shreyansh Gandhi
ECFnotices@aisinfo.com

David Lamb
LVNV Funding, LLC.
Claims Processor, Resurgent Capital Services
askbk@resurgent.com

/s/David P. Murphy, 9388-30

DAVID P. MURPHY & ASSOCIATES, P.C.
Attorneys at Law
504 W. Main Street
Greenfield, IN 46140
317-462-2222
Dpmurphy504@outlook.com