UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NUMBER: 19-06931-JJG-13 |
| Vanessa Dale Brown aka Vanessa Dale ) | CHAPTER: 13 |
| Robertson ) | |
| ) | |
| Debtor. ) | |

## MOTION FOR RELIEF FROM STAY
## AND FOR ABANDONMENT OF REAL ESTATE
## WITH 30 DAY WAIVER

U.S. Bank National Association (hereinafter referred to as "Creditor"), Creditor, for its Motion for Relief from Stay and for Abandonment of Real Estate, against, Vanessa Dale Brown aka Vanessa Dale Robertson, alleges and says:

1. On September 17, 2019, Vanessa Dale Brown aka Vanessa Dale Robertson (hereinafter referred to as the "Debtor") filed a Petition under Chapter 13 of the Bankruptcy Code in this Court under the above denominated case number.

2. Creditor filed a Proof of Claim on November 13, 2019 and an Amended Proof of Claim on April 22, 2022 for a secured claim in the amount of $118.699.45 in the Chapter 13 Proceeding of Vanessa Dale Brown aka Vanessa Dale Robertson for a secured claim on the real estate located at 8345 Wanda Lake Dr, Camby, IN 46113, and more particularly described as follows:

> LOT NUMBER 197 IN NORTHFIELD AT HEARTLAND CROSSING, SECTION 3, A SUBDIVISION IN MARION COUNTY, INDIANA, AS PER PLAT THEREOF, RECORDED NOVEMBER 18, 2005 AS INSTRUMENT NO. 2005-0192332 AS AMENDED BY AMENDMENTS TO THE MASTER DECLARATION RECORDED SEPTEMBER 28, 2006 AS INSTRUMENT NO. 2006-0149517 AND RE-RECORDED ON OCTOBER 24, 2006 AS INSTRUMENT NO. 2006-0162907 IN THE OFFICE OF THE RECORDER OF MARION COUNTY, INDIANA.

       3.       As of September 1, 2023, the unpaid principal balance in the amount of $115,590.03 and interest in the amount of $1,444.90, is currently due and owing to Creditor, with interest currently accruing thereafter, together with attorneys' fees and any other costs or expenses incurred by Creditor to secure the lien of its Mortgage and as otherwise provided therein.

       4.       The Bankruptcy Court has not confirmed the Chapter 13 Plan of the Debtor. Post-petition payments are to be paid directly by the Debtor.

       5.       As of September 1, 2023, there is a post-petition default due and owing to Creditor in the amount of $5,522.19, which consists of the May 1, 2023 payment through the September 1, 2023 payment, less a suspense balance of $104.55, together with attorneys' fees and costs along with any subsequent payments that become due.  A payment history has been attached hereto and incorporated herein as Exhibit "A".

       6.       Installments have not been paid according to the terms of the Note and Mortgage and, therefore, the Note and Mortgage are in default.  All applicable loan documents are attached as Exhibits B, C, D and E.

       7.       Creditor seeks relief from stay under 11 U.S.C. §§ 362(d)(1) and/or 362(d)(2), as there is little to no equity in the above-said real estate for the benefit of unsecured creditors, and as Debtors' continued use of the property, without making on-going, post-petition mortgage payments, fails to adequately protect Creditor's interests.

       8.       Creditor seeks abandonment of the property pursuant to 11 U.S.C. §554(b) as the collateral is burdensome and is of inconsequential value and benefit to the estate.

       9.       Creditor is being irreparably harmed by the stay preventing it from continuing with foreclosure proceedings on its Mortgage and because the sums due and owing to it are increasing rapidly through the continued accrual of interest and the incurring of other costs and expenses and, accordingly, the Court should enter an Order authorizing Creditor to continue upon its Mortgage, which would not hinder, burden, delay, or be inconsistent with this proceeding.

       10.      The creditor hereby waives the right under 11 U.S.C. §362(e) to a hearing on this motion within thirty (30) days of the date it is filed.

     Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed.  Creditor, directly

or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

WHEREFORE, Creditor prays that the stay, pursuant to Section 362 of the Bankruptcy Code, be modified and the automatic bankruptcy stay terminated to permit Creditor, its successors and/or assignees, to pursue any and all legal and equitable remedies available to foreclose on its Mortgage lien and security interest existing prior or pursuant to this Order, including, the right to initiate a foreclosure proceeding; the right to proceed with any foreclosure proceeding instituted but otherwise stayed as a result of the filing of the Debtor bankruptcy petition; the right to obtain a foreclosure judgment pursuant to any such proceedings; and the right to praecipe for, and bid at a Sheriff's Sale of the Real Estate or other collateral encumbered by any lien or security interest of Creditor.

Creditor further prays that the property be abandoned from the bankruptcy estate.

Creditor, by counsel, prays that no further notices pursuant to rule 3002.1, 3002.1(f), 3002.1(g), or S.D. Ind. B-3002.1-1(b) be required by the court on the claim.

Creditor, by counsel, further prays that the 14 day stay of the order imposed by Bankruptcy Rule 4001(a) (3) be waived.

DOYLE & FOUTTY, P.C.

By  /s/ Alan W. McEwan
Attorneys for U.S. Bank National Association
Doyle & Foutty, P.C.
41 E Washington Street, Suite 400
Indianapolis, IN 46204
Phone: (317) 264-5000
Fax: (317) 264-5400
Email: bankruptcy@doylefoutty.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the following electronically or by first class, United States mail, postage prepaid or electronic mail, on   September 19, 2023  , the same as the date of filing in the United States Bankruptcy Court:

Vanessa Dale Brown aka Vanessa Dale Robertson, 8345 Wanda Lake Dr., Camby, IN 46113
David P. Murphy, 504 W. Main Street, Greenfield, IN 46140, dpmurphy504@outlook.com
Ann M. DeLaney, P.O. Box 441285, Indianapolis, IN 46244, ECFdelaney@trustee13.com
U.S. Trustee, Office of the U.S. Trustee, 46 E Ohio Street, Room 520, Indianapolis, IN 46204, ustpregion10.in.ecf@usdoj.gov
ALL CREDTIORS ON MATRIX

          DOYLE & FOUTTY, P.C.
By  /s/ Alan W. McEwan
Attorneys for U.S. Bank National Association
Doyle & Foutty, P.C.
41 E Washington Street, Suite 400
Indianapolis, IN 46204
Phone: (317) 264-5000
Fax: (317) 264-5400
Email: bankruptcy@doylefoutty.com

S. Brent Potter (10900-49)
Tina M. Caylor (30994-49)
Alan W. McEwan (24051-49)
Nathan A. Dewan (35006-82)
Scott A. Hale (35534-64)
Matthew L. Foutty (20886-49)
Craig D. Doyle (4783-49)
Jessica S. Owens (26533-49)
DOYLE & FOUTTY, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Phone: 317-264-5000
Fax: 317-264-5400

DOYLE & FOUTTY, P.C. IS A DEBT COLLECTOR